# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of:<br>Information associated with account identified as<br>JOSE.HUIZAR@SBCGLOBAL.NET that is within<br>the possession, custody, or control of YAHOO!, INC. | Case No.<br>**17MJ00339** |

## WARRANT PURSUANT TO 18 U.S.C. § 2703

To: Any Authorized Law Enforcement Officer

An application by a federal law enforcement officer requests the production and search of the following data:

*See Attachment A*

The data to be produced and searched, described above, are believed to contain the following:

*See Attachment B*

I find that the affidavit, or any recorded testimony, establishes probable cause to produce and search the data described in Attachment A, and to seize the data described in Attachment B. Such affidavit is incorporated herein by reference.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE HEREBY COMMANDED** to serve this warrant on YAHOO!, INC in the daytime, between the hours of 6:00 a.m. and 10:00 p.m., within 14 days from the date of its issuance.

YAHOO!, INC **IS HEREBY COMMANDED** to produce the information described in Attachment A within 10 calendar days of the date of service of this order YAHOO!, INC **IS FURTHER COMMANDED** to comply with the further orders set forth in Attachment B, and shall not notify any person, including the subscriber(s) of the account/s identified in Attachment A, of the existence of this warrant.

The officer executing this warrant, or an officer present during the execution, shall prepare an inventory as required by law, and shall promptly return this warrant and the inventory to the United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE FURTHER COMMANDED** to perform the search of the data provided by YAHOO!, INC pursuant to the procedures set forth in Attachment B.

Date and time issued: 2/15/17 16"

City and State: Los Angeles CA

Judge's signature

Michael R. Wilner, U.S. Magistrate Judge
*Printed name and title*

|  | **Return** |
|---|---|
| Case No: | Date and time warrant served on provider: |

Inventory made in the presence of:

Inventory of data seized:
[Please provide a description of the information produced.]

joshwise@sbcglobal.net

1,401 records reviewed

151 pertinent

1207 non-pertinent

43 spousal privilege

**Certification**

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 06/16/2017

_Executing officer's signature_
SA Andrew R. Civetti  FBI
_Printed name and title_